CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT LEE MCINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 4:26-cv-05239-JST<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon receipt of the court order, the Appeals Council will again direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. § 404.1520c. As appropriate, the Administrative Law Judge may request the medical

sources provide additional evidence and/or further clarification of the opinions. 20 C.F.R. § 404.1520b.

- Take further action to complete the administrative record resolving the above issues and issue a new decision.

Dated: September 17, 2026

By: /s/ *Robert C. Weems*
ROBERT C. WEEMS
(as authorized by email)
Attorney for Plaintiff

Dated: September 17, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: September 24, 2026

THE HONORABLE JON S. TIGAR
United States District Judge